FILED
2009 May-14  PM 02:39
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **MATTHEW PAUL BOROWSKI,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) **Case No. 2:09-CV-0037-VEH-RRA** |
| | ) |
| **SHELBY COUNTY, ALABAMA,** | ) |
| **et al.,** | ) |
| | ) |
| **Defendants.** | ) |

---

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on April 14, 2009, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed pursuant to 28 U.S.C. § 1915A(b)(1) and (2).   No objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby **ADOPTED** and the recommendation is **ACCEPTED**.  Accordingly, the complaint is due to be dismissed pursuant to 28 U.S.C. § 1915A(b)(1) and (2).  A Final Judgment will be entered.

**DONE** this the 14th day of May, 2009.

**VIRGINIA EMERSON HOPKINS**
United States District Judge